UNITED STATES DISTRICT COURT
SOUTHERN District of Florida
FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE
Case No.: 00-6137 CIV-DAVIS
MAGISTRATE JUDGE BROWN

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

    Plaintiff(s),

vs.

EL MAR TROPIC RANCH, INC., a Florida corporation,

    Defendant(s).
_____/

To:    EL MAR TROPIC RANCH, INC., a Florida corporation
    By serving its registered agent:
    LINDA OSBURN
    4560 El Mar Drive
    Lauderdale by the Sea, FL 33308

    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
Clerk /s/ Martha Diaz    Date 1/28/00
(By) Deputy Clerk