# AFFIDAVIT OF SERVICE

Case No: 00-6137 CIV DAVIS

---------- TO BE SERVED ----------
EL MAR TROPIC RANCH INC.
4560 EL MAR DRIVE
LAUDERDALE BY THE SEA, FL. 33308

---------- COURT ----------
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

ADVOCATES FOR THE DISABLED, INC.
VS.
EL MAR TROPIC RANCH, INC.

---------- WRIT ----------
SUMMONS IN A CIVIL ACTION

---------- SERVED FOR ----------
LAWRENCE A. FULLER, ESQ.
FULLER, MALLAH AND ASSOCIATES
1111 LINCOLN ROAD MALL
SUITE #802
MIAMI BEACH, FLORIDA 33139-2493

---------- INFORMATION ----------
Court Date :
Court Time :
Witness Fees
Doc. Type  : Original
Atty File #:

FILED BY _____ D.C.
00 FEB 14 AM 9:34
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

I received this process 02/01/00 at 11:41 AM and it was served 02/07/00 at
in BROWARD COUNTY, FLORIDA.

On: EL MAR TROPIC RANCH INC.
At: 4560 EL MAR DRIVE
    LAUDERDALE BY THE SEA, FL. 33308

CORPORATE SERVICE:

By delivering a copy of this writ, the date and hour of service endorsed
by me, and a copy of plaintiff's initial pleading as furnished by the
plaintiff to:
         LINDA OSBURN
         REGISTERED AGENT
of said corporation in the absence of any superior officer or director
as defined by Florida statute.

OTHER RETURNS:

PLAINTIFF(S)' REQUEST FOR ADMISSIONS "ADA"; REQUEST FOR PRODUCTION;
NOTICE OF SERVICE OF INTERROGATORIES;

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co.

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above
action, am over 18 years of age, that the above affi-
davit is true and correct, and that service was made
in accordance with Rule 1.410(C) Florida R.C.P., and
Rule 45, Federal R.C.P., and Rule 4(C), 50 U.S.C., and
Section 570 FL. Seq.

The foregoing instrument was acknowledged
before me this 08 day of February,
BY DANIEL ACKERMAN,
who is personally known to me, or who has
produced a _____ D/L _____ as identification
and who DID take an oath.

PROCESS SERVER: DANIEL ACKERMAN ()
CAPLAN/MARKOWITZ & KAYE  (305) 374-3426
CPS Number:   747524

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE

Case No.: 00-6137 CIV-DAVIS

MAGISTRATE JUDGE BROWN

ADVOCATES FOR THE DISABLED, INC. a Florida not-for-profit corporation, PETER SPALLUTO, Individually, and ERNST ROSENKRANTZ, Individually

Plaintiff(s),

vs.

EL MAR TROPIC RANCH, INC., a Florida corporation,

Defendant(s).

To:  EL MAR TROPIC RANCH, INC., a Florida corporation
By serving its registered agent:
LINDA OSBURN
4560 El Mar Drive
Lauderdale by the Sea, FL 33308

Linda Osburn R.A.
2-7-00  11:10 AM

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

Martha Diaz
(By) Deputy Clerk

Date: 1/28/00

747524