UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6137-CIV-DAVIS/BROWN

ADVOCATES FOR THE DISABLED,
et al.,
        Plaintiffs,

v.

EL-MAR TROPIC RANCH, INC.,

        Defendant.
_____/

FILED by _____
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER is before the Court on Defendant's Unopposed Motion for Enlargement of Time (filed March 9, 2000). Being fully advised in the premises after review of the Motion and the pertinent portions of the file, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Defendant shall have to and including April 15, 2000, in which to respond to Plaintiff's complaint and discovery requests.

DONE AND ORDERED in Chambers in Miami, Florida this 10th day of March, 2000.

_____
EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

cc:   Patrick E. Novak
One Datran Center, Suite 1001
9100 S. Dadeland Blvd.
Miami, FL  33156

John J. Todd
4560 El-Mar Drive
Lauderdale by the Sea, FL  33308