UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6137-CIV-DAVIS
MAGISTRATE: BROWN

ADVOCATES FOR THE DISABLED, INC., et al.

    Plaintiff(s),

vs.

EL MAR TROPIC RANCH, INC., a Florida corporation

    Defendant(s).
_____/

## PLAINTIFFS' NOTICE TO DESIGNATE MEDIATOR

The Plaintiffs, ADVOCATES FOR THE DISABLED, INC., PETER SPALLUTO, and ERNST ROSENKRANTZ, by and through their undersigned attorneys herein notify the Clerk that the parties have been unable to agree upon the selection of a mediator.

Pursuant to the Order of Referral to Mediation dated 4/24/00, the Clerk is herein requested to designate a Mediator from the list of certified Mediators.

I CERTIFY that a copy of the foregoing was sent via U.S. Mail on May 4, 2000 to:

John J. Todd, Esquire
Orme & Associates, Ltd.
3140 Neil Armstrong Boulevard
Suite 203
Eagan, Minnesota 55121

                                    FULLER, MALLAH & ASSOCIATES, P.A.
                                    1111 Lincoln Road Mall, Suite 802
                                    Miami Beach, FL 33139-2493
                                    Telephone: (305) 538-6483
                                    Facsimile: (305) 534-9894

                                By:_____
                                   John D. Mallah, Equire
                                   Florida Bar No. 457760

W:\WPDocs\A.D.A\#1274-1\EL MAR TROPIC RANCH INC\N2Design\Mediator.wpd-(oz)