UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 00-6137-CIV-DAVIS
Magistrate Judge: BROWN

ADVOCATES FOR THE DISABLED, INC., et al.

      Plaintiff(s),

vs.

EL MAR TROPIC RANCH, INC., a Florida corporation

      Defendant(s).
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff(s) and Defendant(s), pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

By: _____
Date: 5/10/00
Attorney for Defendant(s)
Orme & Associates, Ltd.
John J. Todd, Esquire
3140 Neil Armstrong Boulevard, Suite 203
Eagan, Minnesota 55121
(651) 688-7646

By: _____
Date: 5/11/00
Attorney For Plaintiff(s)
Lawrence A. Fuller, Esq. - #018074
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Fl. 33139
Tel: (305) 538-6483

W:\WPDocs\A.D.A\#1274-EL MAR TROPIC RANCH INC\SettlemeAgr0421(mm).wpd