**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
FORT LAUDERDALE DIVISION
CASE NO.: 00-6137-CIV-DAVIS
Magistrate Judge: BROWN

ADVOCATES FOR THE DISABLED, INC., et al.

    Plaintiff(s),
VS.

EL MAR TROPIC RANCH, INC., a Florida corporation

    Defendant(s).
_____/



FILED by ___ D.C.
MAY 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF DISMISSAL WITH PREJUDICE

This Cause having come before this Court upon the Parties Stipulation for Dismissal With Prejudice, and the Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is dismissed with prejudice, subject to this court retaining jurisdiction to enforce the settlement agreement entered into by the parties. Any pending Motions are denied as moot and this case is closed.

DONE AND ORDERED in Chambers this 23rd day of May, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:

John J. Todd, Esquire
Lawrence A. Fuller, Esq.

W:\WPDocs\A.D.A\#1274-EL MAR TROPIC RANCH INC\SettlemeAgr0421(mm).wpd

